IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TIM MARLOWE** | ) CASE NO. 1:17-CV-00463 |
| **Plaintiff,** | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) |
| **MY PILLOW, INC.** | ) **STIPULATED DISMISSAL WITH PREJUDICE** |
| **Defendant.** | ) |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Tim Marlowe ("Plaintiff") and Defendant My Pillow, Inc. ("Defendant") through undersigned counsel, hereby stipulate and agree that Plaintiff dismisses all of his claims against Defendant with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Nicole T. Fiorelli* (per e-mail consent) | /s/ *Ronald D. Holman, II* |
| Patrick J. Perotti (0005481) | Ronald D. Holman, II (0036776) |
| pperotti@dworkenlaw.com | rholman@taftlaw.com |
| Nicole T. Fiorelli (0079204) | David H. Wallace (0037210) |
| nfiorelli@dworkenlaw.com | dwallace@taftlaw.com |
| Frank A. Bartela (0088128) | Michael J. Zbiegien, Jr. (0078352) |
| fbartela@dworkenlaw.com | mzbiegien@taftlaw.com |
| Dworken & Bernstein Co., L.P.A. | Taft Stettinius & Hollister LLP |
| 60 South Park Place | 200 Public Square, Suite 3500 |
| Painesville, Ohio 44077 | Cleveland, Ohio 44114-2302 |
| Telephone: 440.352.3391 | Telephone: 216.241.2838 |
| Fax: 440.352.3469 | Fax: 216.241.3707 |
| | |
| *Attorneys for Plaintiff Tim Marlowe* | *Attorneys for Defendant My Pillow, Inc.* |

21910142

IT IS SO ORDERED.

s/ Christopher A. Boyko

_____

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE